COOKE COUNTY LIQUOR CO. v. STATE.

No. 2028. Opinion Filed July 18, 1912.

(125 Pac. 738.)

**FORMER DECISION FOLLOWED.** Same as syllabus in **O. F. Haley Co. v. State,** ante, 125 Pac. 736.

(Syllabus by Rosser, C.)

*Error from Murray County Court;*
*Harry W. Fielding, Judge.*

Proceedings by the State to forfeit intoxicating liquors, and the Cooke County Liquor Company intervenes. From a judgment against the intervener, it brings error. Affirmed.

*Wm. Pfeiffer,* for plaintiff in error.

*J. M. Hayes,* for the State.

Opinion by ROSSER, C. This case arose out of certain proceedings by search warrant to forfeit to the state certain beer and whisky in the railroad depot at Sulphur, Okla. It is a companion case to *O. F. Haley Co. v. State, ante,* 125 Pac. 736. It arose out of proceedings upon the same search warrant that case arose from, and the record is identical, except as to the names of parties and description of the property.

For the reasons given in that case, the judgment of the lower court in this case should be affirmed.

By the Court: It is so ordered.